No. 00–10323. ALVAREZ-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10324. ARELLANO-SANDOVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10330. VILLARINO-PACHECO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10332. YUDICE-CAMPOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10345. ALEXANDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10352. MEDRANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10355. AQUINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10356. BELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10364. BARTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10367. LAMARRE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10396. ROBBIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10398. JIMENEZ-MELENDREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10404. MELLERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1537. CITICORP NORTH AMERICA, INC., ET AL. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of Committee on State Taxation for leave to file a brief as *amicus curiae* granted. Certiorari denied.